UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK CITY DIVISION

---------------------------------------------------------------x
In re                                              :
                                                   :     Case No. 21-10255-scc
BLUE SPRUCE CORPORATION, et al.,                   :
                                                   :
                                                   :     CHAPTER 11
Debtors.                                           :     (Joint Administration Requested)
---------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Geron Yann, Esq.
Subchapter V Trustee
c/o Geron Legal Advisors LLC
370 Lexington Avenue, Suite 1101
New York, NY 10017
(646) 560-3224
ygeron@geronlegaladvisors.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   February 10, 2021             William K. Harrington
                                      United States Trustee for Region 2
                                      U.S. Department of Justice
                                      Office of the United States Trustee
                                      201 Varick Street, Room 1006
                                      New York, New York 10014


                                      By: */s/ Shannon Anne Scott*_____
                                             Shannon Anne Scott
                                             Trial Attorney